AO 455 (Rev. 01/09) Waiver of an Indictment

**FILED**

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

FEB 09 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 1:26-CR-00003-JLT-SKO |
| | ) |
| | ) |
| FRANCISCO JAVIER CARDENAS-GOMEZ | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2.9.26

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Laura Myers
*Printed name of defendant's attorney*

_____ 2/9/26
*Judge's signature*

Jennifer L. Thurston, United States District Judge
*Judge's printed name and title*